IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TORI QUINTRELL HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. CIV-08-690-R |
| | ) |
| OKLAHOMA COUNTY | ) |
| DETENTION CENTER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff filed this action alleging the violation of his constitutional rights by Defendants. Pursuant to 28 U.S.C. § 636(b)(1)(B), this matter was referred to United States Magistrate Judge Robert E. Bacharach for preliminary review. On February 6, 2009, Judge Bacharach issued a Report and Recommendation, wherein he recommended that the Defendants' motion to dismiss be granted. The record reflects that Plaintiff has not objected to the Report and Recommendation nor has he sought an extension of time in which to respond. Additionally, because his copy of the Report and Recommendation was returned by the United States Postal Service as undeliverable, the Court concludes that Plaintiff failed to apprise the Court of his change of address, which remains his obligation under the Court's rules despite his pro se status. Because Plaintiff has not objected to the Report and Recommendation, it is hereby ADOPTED IN ITS ENTIRETY and this action is hereby dismissed without prejudice for failure to exhaust.

IT IS SO ORDERED this 27th day of February 2009.



DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE